UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUSSIE E WELDEYOHANNES,

                              Petitioner,

        v.

STATE OF WASHINGTON,

                              Respondent.

Case No. C20-1798 RAJ-TLF

~~PROPOSED~~ ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's application to proceed *in forma pauperis* (Dkt. 5) is DENIED. Plaintiff is directed to pay the $5.00 filing fee within thirty (30) days of this Order.

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 12th day of March, 2021.


The Honorable Richard A. Jones
United States District Judge

ORDER - 1