UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MUSSIE E WELDEYOHANNES,

              Petitioner,

   v.

STATE OF WASHINGTON,

              Respondent.

Case No. 2:20-cv-1798-RAJ-TLF

REPORT AND RECOMMENDATION

Noted for May 28, 2021

Petitioner, Mussie E. Weldeyohannes, proceeds *pro se* in this federal habeas action pursuant to 18 § 2254. Dkt. 1. Plaintiff filed a motion for leave to proceed *in forma pauperis*, which the Court denied by order dated March 12, 2021. Plaintiff was granted until April 12, 2021, to pay the $5.00 filing fee. To date, petitioner has not paid the filing fee nor responded to the Court's order. As petitioner has failed to prosecute this case, the Court recommends this case be DISMISSED without prejudice. The Court also recommends that a certificate of appealability be denied. A proposed order accompanies this Report and Recommendation.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).

REPORT AND RECOMMENDATION - 1

1    Accommodating this time limitation, this matter shall be set for consideration on
2  **May 28, 2021**, as noted in the caption.
3    Dated this 12th day of May, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2