UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUSSIE E WELDEYOHANNES,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. 2:20-cv-1798-RAJ-TLF

ORDER

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's federal habeas corpus petition is dismissed without prejudice;

(3) petitioner shall not be issued a certificate of appealability; and

(4) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 30th day of June, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1